George D. Moustakas (pro hac vice)
HARNESS, DICKEY & PIERCE, P.L.C.
5445 Corporate Drive, Ste. 200
Troy, MI 48098
Tel. 248.641.1600
Fax: 248-641-0270
gdmoustakas@hdp.com

John E. Lord
ONE LLP
9301 Wilshire Blvd., Penthouse
Beverly Hills, CA 80210
Tel: 310.866.5157
Fax: 310.943.2085
jlord@onellp.com

ATTORNEYS FOR PLAINTIFF
TRIJICON, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TRIJICON, INC.,<br><br>                    Plaintiff,<br><br>     v.<br><br>HOLOSUN TECHNOLOGIES, INC.<br><br>                    Defendant. | Case No. 2:20-cv-06742-JAK-AGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that Plaintiff, Trijicon, Inc., hereby voluntarily dismisses the above captioned matter, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Each party shall bear its own attorneys' fees, costs, and expenses.

Dated: September 2, 2020                    ONE LLP


                                            By   /s/ John E. Lord
                                                 John E. Lord
                                            Attorneys for Plaintiff Trijicon, Inc.